

**FILED
CLERK**

8:55 am, Jun 22, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

40 Fulton Street, 12th Floor
New York, New York 10038
Tel.: (212) 585-3425
Fax: (888) 332-5658
www.kishnerlegal.com

June 21, 2023

**By ECF**
Honorable Gary Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY
11722-9014

Re: *Jesus Noel Flores Vilorio, on behalf of himself and all other persons similarly situated v. Rio Grande Food Products, Inc*., 22-CV-7443 (GRB)(ST)

Dear Judge Brown:

I am a Senior Counsel at Kishner Miller Himes P.C., and counsel for Defendant Rio Grande Food Products, Inc. ("Defendant") in the above-referenced action. I write to inform the Court that the parties have reached a settlement in principle and are currently finalizing a settlement agreement. The parties will submit a proposed stipulation and order of dismissal within the next 30 days.

In light of the settlement in principle, the parties respectfully request that the in-person settlement conference scheduled for June 26, 2023 (*see* Dkt No. 14) be cancelled.

Thank you for your consideration of this request.

Respectfully submitted,

s/
Carolyn E. Kruk

Cc:   All counsel of record (by ECF)

Dated: 6/22/2023
So Ordered.  The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.